UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DANNY ALBERT NICHOLS,

       Plaintiff,

v.

DALE BONN et al.,

       Defendants.
_____/

Case No. 1:24-cv-895

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:   September 30, 2024          /s/ Ray Kent
                                                                Ray Kent
                                                                 United States Magistrate Judge